UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OWENS, ) | 1:12-cv—00154-SKO-PC |
| ) | |
| Petitioner, ) | ORDER DIRECTING THE CLERK TO |
| ) | REDESIGNATE THIS ACTION AS A |
| ) | PRISONER CIVIL RIGHTS CASE, |
| v.      ) | REMOVE THE "HC" FROM THE CASE |
| ) | NUMBER, AND SUBSTITUTE "PC" |
| WARDEN DONNELLY, ) | |
| ) | ORDER DIRECTING THE CLERK TO SEND |
| Respondent. ) | NOTICE OF THE NEW CASE NUMBER |
| ) | |
| ) | ORDER DIRECTING THE PARTIES TO |
| | USE THE NEW PRISONER CIVIL RIGHTS |
| | CASE NUMBER |
| | |
| | ORDER DISMISSING PETITIONER'S |
| | MOTION TO SHOW CAUSE AS MOOT |
| | (DOC. 12) |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), Petitioner has consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting consent in a signed writing filed by Petitioner on February 9, 2012 (doc. 5).  Pending before the Court is Petitioner's statement of intention to proceed with a prisoner civil rights complaint pursuant to 42 U.S.C. § 1983, which was filed on May 15, 2012.

1

1    On February 2, 2012, Petitioner filed a document which was
2 designated as a petition for writ of habeas corpus.  After an
3 initial screening order issued from the Court, Petitioner filed
4 in this action a prisoner civil rights complaint on April 18,
5 2012.  The Court issued an order permitting the petitioner to
6 choose to file either a prisoner civil rights complaint or a
7 petition for writ of habeas corpus.  In response to the Court's
8 order, on May 15, 2012, Petitioner filed a statement of intention
9 to proceed with a prisoner civil rights complaint pursuant to 28
10 U.S.C. § 1983.

11    Accordingly, it is ORDERED that:
12    1) The Clerk of the Court is DIRECTED to:
13       a) Change the designation of the present case to
14 reflect that of a prisoner civil rights action by removing the
15 "HC" from the case number and substituting "PC"; and
16       b) Send a notice of the new case number to all parties
17 in this action; and
18    2) The parties are DIRECTED to use the redesignated case
19 number, to which the "HC" suffix has been substituted, in the
20 pleadings and documents filed in this action; and
21    3)  Petitioner's motion to show cause under Habeas Rule 4,
22 which was filed on March 22, 2012, and which pertained to the
23 initially filed petition for writ of habeas corpus, is DISMISSED
24 as moot.
25 IT IS SO ORDERED.

26 **Dated:   May 16, 2012**               /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE